# APPENDIX A
## JUDGE MÓNICA RAMÍREZ ALMADANI
## SCHEDULE OF PRETRIAL DATES WORKSHEET

Case No. 8:26-cv-01922-MRA-PVC
Case Name: *Mohammad Ghafarinia, et al., v. Brian F. McBride, et al.*

| **Event (motion hearings on Tuesdays at 10:00 a.m.)** | **Weeks Before FPTC** | **Plaintiffs' Date** | **Defendants' Date** |
|---|---|---|---|
| Trial — Check one: [X] Jury Trial [ ] Court Trial. Court sets trial date at FPTC. Estimated duration: 5–6 days | | N/A | N/A |
| Final Pretrial Conference (L.R. 16) [Tuesday at 1:30 p.m., within 12 months of Scheduling Conference] | | 11/02/2027 | Agree |
| Opposition to Motions in Limine Filing Deadline | 3 | 10/12/2027 | Agree |
| Motions in Limine Filing Deadline | 4 | 10/05/2027 | Agree |
| Settlement Conference Completion Date (L.R. 16-15) — Panel | 5 | 09/28/2027 | Agree |
| Last Date to HEAR Daubert Motions | 8 | 09/07/2027 | Agree |
| Last Date to HEAR Non-Discovery Motions | 12 | 08/10/2027 | Agree |
| Expert Discovery Cut-Off | 14 | 07/27/2027 | Agree |
| Expert Disclosure (Rebuttal) | 17 | 07/06/2027 | Agree |
| Expert Disclosure (Initial) | 21 | 06/08/2027 | Agree |
| Non-Expert Discovery Cut-Off | 24 | 05/18/2027 | Agree |
| Last Date to Hear Motions to Amend Pleadings/Add Parties [90 days after Scheduling Conference] | X | 02/09/2027 | Agree |

Where the parties agree, Defendants will mark "Agree." The text-fillable Worksheet must also be emailed to MRA_Chambers@cacd.uscourts.gov with the Joint Report.